**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| DAVID HALL, *et al*, | : | |
| | : | |
| Plaintiffs, | : | Case No. 1:19-cv-2181 |
| | : | |
| v. | : | |
| | : | |
| FLASHOVER MAINTENANCE, LLC, | : | Judge Sara Lioi |
| *et al.*, | : | |
| | : | |
| Defendants. | | |

**DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendants Brian Knowlton and Flashover Maintenance, LLC respectfully move for a fourteen (14) day extension of time, until January 27, 2020, to move or plead in response to Plaintiffs' Complaint. This is the second requested extension for Defendant Flashover Maintenance LLC, and the third request for Defendant Knowlton. The request for an extension is not for the purpose of delay, but instead to allow the parties additional time to explore the possibility of early resolution. Counsel for Plaintiffs has been contacted, and does not oppose this motion.

Consequently, Defendants Brian Knowlton and Flashover Maintenance, LLC respectfully request a fourteen (14) day extension of time, until January 27, 2020, in which to move or plead in response to Plaintiffs' Complaint. A proposed order is attached hereto.

                Respectfully submitted,

                */s/ Jonathan P. Corwin*
                Gerhardt A. Gosnell II (0064919) *Trial Counsel*
                Jonathan P. Corwin (0075056)
                JAMES E. ARNOLD & ASSOCIATES, LPA
                115 W. Main St., Fourth Floor
                Columbus, Ohio 43215
                Telephone:(614) 460-1600
                Facsimile: (614) 469-1093
                Email:            jcorwin@arnlaw.com

                *Counsel for Defendants Flashover*
                *Maintenance, LLC and Brian Knowlton*

## <u>CERTIFICATE OF SERVICE</u>

    I hereby certify that on January 13, 2020, a copy of the foregoing ***Defendants' Unopposed Motion for an Extension of Time*** was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                */s/ Jonathan P. Corwin*
                Jonathan P. Corwin