# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| DAVID HALL, *et al*, | : | |
| | : | |
| Plaintiffs, | : | Case No. 1:19-cv-2181 |
| | : | |
| v. | : | |
| | : | |
| FLASHOVER MAINTENANCE, LLC, | : | Judge Sara Lioi |
| *et al.*, | : | |
| | : | |
| Defendants. | | |

## [PROPOSED] ORDER

This matter is before the Court on Defendants unopposed motion for a fourteen (14) day extension of time in which to move or plead in response to the Complaint. For good cause shown, Defendants' motion is Granted. Defendants shall respond to the Complaint on or before January 27, 2020.

**IT IS SO ORDERED.**

_____
**Judge Sara Lioi**

3