## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| DAVID HALL, et al. | ) | CASE NO. 19-cv-2181 |
| | ) | |
| PLAINTIFFS, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | JUDGMENT ENTRY |
| FLASHOVER MAINTENANCE, LLC, et al., | ) | |
| | ) | |
| DEFENDANTS. | ) | |

For the reasons set forth in the contemporaneously filed Memorandum Opinion and Order, the claims in plaintiffs' complaint are dismissed with prejudice, and this case is closed.

**IT IS SO ORDERED**.

Dated: February 18, 2020

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**